**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

HILL et al,,

Plaintiffs,

-against-

LOREX CORP. et al.,

Defendants.

-----------------------------------------------------------------X

**26-CV-04390 (JAV) (VF)**

**ORDER SCHEDULING BRIEFING**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court hereby orders the following briefing schedule for Defendants' motion for attorney's fees: Plaintiffs are directed to file their opposition brief by **Monday, September 21, 2026**, and Defendants are directed to file their reply by **Monday, September 28, 2026**.

**SO ORDERED.**

DATED: September 8, 2026
New York, New York

VALERIE FIGUEREDO
United States Magistrate Judge